Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd. STE 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorney for Plaintiff
LESLIE BARNETT

## IN THE UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE BARNETT, | Case No.: 3:09-cv-06108-MHP |
| Plaintiff, | VOLUNTARY DISMISSAL |
| v. | |
| CAB ASSET MANAGEMENT, LLC. | |
| Defendant. | |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, LESLIE BARNETT, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: January 3, 2011                                KROHN & MOSS, LTD.


                                                     By:/s/ Ryan Lee

                                                     Ryan Lee
                                                     Attorney for Plaintiff,
                                                     LESLIE BARNETT