Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. STE 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorney for Plaintiff
LESLIE BARNETT

# IN THE UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE BARNETT, | Case No.: 3:09-cv-06108-MHP |
| Plaintiff, | |
| v. | SATISFACTION OF JUDGEMENT |
| CAB ASSET MANAGEMENT, LLC. | |
| Defendant. | |

## SATISFACTION OF JUDGMENT

On June 3, 2010, Court entered Default Judgment in the amount of $4,384.01.  Parties then reached a settlement of case on December 2, 2010.  Defendant has satisfied the terms of the settlement agreement, therefore defendant has fully satisfied the Judgment.

Date:  March 17, 2011                                                                Respectfully submitted,

By:  /s/ Ryan Lee_____
Ryan Lee
KROHN & MOSS, LTD.
Attorney for Plaintiff
10474 Santa Monica Blvd. STE 401
Los Angeles, CA  90025
 (323) 988-2400
(866) 861-1390 (facsimile)
*Attorney for Plaintiff*

- 1 -

**CERTIFICATE OF SERVICE**

I, Ryan Lee, certify that a true and correct copy of the foregoing was served upon the attorney(s) of record electronically via the Case Management/Electronic Case Filing System (CM/ECF) on March 17, 2011.

By: _/s/ Ryan Lee__

Ryan Lee